UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AJS WEIGHTLOSS, LLC,

       Plaintiff,

v().                                                    Case No:   2:13-cv-711-FtM-38DNF

MICHAEL S. ROSENTHAL and
WAGNER, JOHNSTON &
ROSENTHAL, P.C.,

       Defendants.
_____/

**ORDER**[1]

This matter comes before the Court on Disclosure of LLC Member Citizenship (Doc. #8) filed on October 15, 2013. Pursuant to a previous Order (Doc. #6), Plaintiff, who bears the burden of adequately pleading and ultimately proving jurisdiction, is required to state the citizenship of each of its members no later than October 24, 2013. The previous Order noted should the LLC members also contain a limited liability company, the citizenship of the latter LLC's members must also be disclosed. In Plaintiff's response to the previous Order, Plaintiff discloses that the members of AJS Weightloss, LLC are Cordetren Enterprises, LLC and 2 Guys Weight Loss, LLC. However, Plaintiff does not disclose anything further. To establish proper diversity jurisdiction in this case, Plaintiff must now state the members of Cordetren Enterprises,

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

LLC and 2 Guys Weight Loss, LLC. If the members of the two additional LLCs are also limited liability companies, then Plaintiff must state those members as well, until individuals and non-LLC entities are all that are left to be reviewed. See Moreno v. Breitburn Florida, LLC, No. 2:09-cv-566-FtM-29DNF, 2011 WL 2293124, at *1 (M.D. Fla. June 9, 2011) ("a limited liability company is a citizen of every state in which one of its members is located.") (citing Rollings Greens MHP, L.P. v. Comcast SCH Holdings, LLC., 374 F.3d 1020 (11th Cir. 2004)). To date Plaintiff has not satisfied the Court's previous Order and has failed to establish the complete diversity of the Parties.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff's Complaint (Doc. #1) is **DISMISSED without prejudice**.

(2) Plaintiff may file an amended complaint on or before **November 12, 2013** in accordance with the above.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of October, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record