UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AJS WEIGHTLOSS, LLC,

    Plaintiff,

v.                                                      Case No:   2:13-cv-711-FtM-38DNF

MICHAEL S. ROSENTHAL and
WAGNER, JOHNSTON &
ROSENTHAL, P.C.,

    Defendants/Third
    Party Plaintiffs

THIRD EYE MANAGEMENT AND
MARKETING, INC.,

    Third Party Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Notice of Voluntary Dismissal with Prejudice (Doc. #47) filed on October 23, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)     A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance Plaintiff AJS Weightloss, LLC and Defendants Michael S. Rosenthal and Wagner, Johnston & Rosenthal, P.C. indicate this matter is dismissed with prejudice with each party to bear its own fees and costs. All parties who have appeared in this action have signed the notice, therefore this matter is due to be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

1. Pursuant to the Notice of Voluntary Dismissal with Prejudice (Doc. #47) and Rule 41(a)(1)(A)(ii), the Second Amended Complaint (Doc. #14) is **DISMISSED with prejudice**.

2. No later than **October 31, 2014**, Defendants and Third Party Plaintiffs Michael S. Rosenthal and Wagner, Johnston & Rosenthal, P.C. are directed to notify the Court how the parties wish to proceed with the case against Third Party Defendant Third Eye Management and Marketing, Inc.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of October, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record