AJS WEIGHTLOSS, LLC,

    Plaintiff,

v().    Case No: 2:13-cv-711-FtM-38DNF

MICHAEL S. ROSENTHAL and
WAGNER, JOHNSTON &
ROSENTHAL, P.C.,

    Defendants/Third
    Party Plaintiffs

THIRD EYE MANAGEMENT AND
MARKETING, INC.,

    Third Party Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Third Party Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. #49) filed on October 28, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)  A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance Third Party Plaintiffs Michael S. Rosenthal and Wagner Johnston & Rosenthal, P.C. indicate this matter is dismissed without prejudice. Third Party

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Defendant Third Eye Management and Marketing, Inc. has not filed an answer or motion for summary judgment. Therefore, this matter is due to be dismissed pursuant to Rule 41(a)(1)(A)(i).

Accordingly, it is now

**ORDERED:**

1. Pursuant to the Third Party Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. #49) and Rule 41(a)(1)(A)(i), the Third Party Complaint (Doc. #15) is **DISMISSED without prejudice**.

2. In light of this instant Order and the Court's October 24, 2014 Order, (Doc. #48), the Clerk is directed to terminate any pending motions, enter judgment, and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 28th day of October, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record